UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In re:<br><br>NATIONAL LABOR RELATIONS BOARD,<br><br>In re:<br><br>ADVANCED ARCHITECTURAL METALS, INC., et al.,<br><br>In re:<br><br>STEEL SPECIALTIES UNLIMITED, INC. | 2:08-CV-00346-PMP<br><br>ORDER |

The parties having taken no action in this case in sixteen months, and it appearing from a review of the Court's docket that no issues remain in this action to be resolved by the Court, and good cause appearing,

IT IS ORDERED that this action is hereby closed.

DATED: November 17, 2010

_____
PHILIP M. PRO
United States District Judge