Barbara A. O'Neill
Helene D. Lerner
National Labor Relations Board
Contempt Litigation and Compliance Branch
1099 14th Street, NW, Suite 10700
Washington, D.C.  20005
Phone:  202-273-3740
Fax:  202-273-4244

Stephen E. Wamser
National Labor Relations Board
Region 28
600 Las Vegas Boulevard South – Suite 400
Las Vegas, Nevada  89101-6637
Phone:  702-388-6416
Fax:  702-388-6248

Attorneys for Petitioner

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: )<br>)<br>**NATIONAL LABOR RELATIONS** )<br>**BOARD,** )<br>)<br>_____ )<br>IN RE: )<br>)<br>**ADVANCED ARCHITECTURAL** )<br>**METALS, INC.,** *et al.*, )<br>_____ )<br>IN RE: )<br>)<br><u>**STEEL SPECIALTIES UNLIMITED, INC.**</u>) | **2:08-CV-00346-PMP**<br>(9th Cir. Case Nos. 08-70352,<br>   08-70401 and 08-70425) |

**ORDER**

Upon consideration of the Motion to Reopen Case and for the Release of

Funds by the National Labor Relations Board ("Board"), and good cause

appearing therefore, it is hereby

**ORDERED** that the Board's Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that this matter is reopened;

**IT IS FURTHER ORDERED** that the remaining $23,931.53 presently held in escrow in the instant matter be immediately released to the Board for appropriate distribution consistent with standard Board practices and procedures.

Dated:  July 31, 2012.

_____
**HONORABLE PHILLIP M. PRO**
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2012, I electronically filed the foregoing **(PROPOSED) ORDER** with the Clerk of the Court for the United States District Court of Nevada by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that on this same date I sent the foregoing document by U.S. Mail, to the following:

> Ms. Lori Irish, Register #: 42794-048
> Waseca Federal Correctional Institution
> Inmate Mail/Parcels
> P.O. Box 1731
> Waseca, MN 56093
>
> Ms. Lori Irish
> 3935 W. Reno Suite D
> Las Vegas, Nevada 89118
>
> Advanced Architectural Metals, Inc.
> Advanced Metals, Inc.
> Steel Specialties Unlimited, Inc.
> AAM
> 5335 Wynn Road
> Las Vegas, NV  89118

>                    /s/ Barbara A. O'Neill
>                    Barbara A. O'Neill,
>                    Supervisory Attorney
>                    For the NLRB

Dated at Washington, D.C.
This 2nd day of July, 2012.


[AAM order to reopen and release funds]