Barbara A. O'Neill
Helene D. Lerner
National Labor Relations Board
Contempt Litigation and Compliance Branch
1099 14th Street, NW, Suite 10700
Washington, D.C.  20005
Phone:  202-273-3740
Fax:  202-273-4244

Stephen E. Wamser
National Labor Relations Board
Region 28
600 Las Vegas Boulevard South – Suite 400
Las Vegas, Nevada  89101-6637
Phone:  702-388-6416
Fax:  702-388-6248

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: ) <br> ) <br> **NATIONAL LABOR RELATIONS** ) <br> **BOARD,** ) <br> ) <br> _____ ) <br> IN RE: ) <br> ) <br> **ADVANCED ARCHITECTURAL** ) <br> **METALS, INC.,** *et al.*, ) <br> _____ ) <br> IN RE: ) <br> ) <br> **STEEL SPECIALTIES UNLIMITED, INC.**) | 2:08-CV-00346-PMP <br> (9th Cir. Case Nos. 08-70352, <br>   08-70401 and 08-70425) |

## ORDER

Upon consideration of the Motion to Reopen Case and for the Release of Funds by the National Labor Relations Board ("Board"), and good cause appearing therefore, it is hereby

**ORDERED** that the Board's Motion is **GRANTED**;

2

**IT IS FURTHER ORDERED** that this matter is reopened;

**IT IS FURTHER ORDERED** that the remaining $23,931.53 presently held in escrow in the instant matter be immediately released to the Board for appropriate distribution consistent with standard Board practices and procedures.

Dated:  July 31, 2012.

_____
**HONORABLE PHILLIP M. PRO
UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2012, I electronically filed the foregoing **(PROPOSED) ORDER** with the Clerk of the Court for the United States District Court of Nevada by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  I further certify that on this same date I sent the foregoing document by U.S. Mail, to the following:

>Ms. Lori Irish, Register #: 42794-048
>Waseca Federal Correctional Institution
>Inmate Mail/Parcels
>P.O. Box 1731
>Waseca, MN 56093
>
>Ms. Lori Irish
>3935 W. Reno Suite D
>Las Vegas, Nevada 89118
>
>Advanced Architectural Metals, Inc.
>Advanced Metals, Inc.
>Steel Specialties Unlimited, Inc.
>AAM
>5335 Wynn Road
>Las Vegas, NV  89118

>/s/ Barbara A. O'Neill
>Barbara A. O'Neill,
>Supervisory Attorney
>For the NLRB

Dated at Washington, D.C.
This 2nd day of July, 2012.

[AAM order to reopen and release funds]

3