UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE:<br><br>NATIONAL LABOR RELATIONS BOARD, | 2:08-CV-00346-PMP |
| IN RE:<br><br>ADVANCED ARCHITECTURAL METALS, INC., | **O R D E R** |
| IN RE:<br><br>STEEL SPECIALTIES UNLIMITED, INC. | |

Currently before the Court are National Labor Relations Board's Motion for Order Directing US Marshals Service to Dispose of Contents of Safe Deposit Boxes and to Remit the Proceeds to the Board (Doc. #79); Lori Irish's Response and Countermotion to Declare Colby Trust as Owner of Items in Safety Deposit Box (Doc. #92); and National Labor Relations Board's Motion to Extend Time to Reply to Lori Irish's Response and to Respond to Lori Irish's Motion to Declare Colby Trust as Owner of Items in Safety Deposit Box (Doc. #93). Having read and considered the foregoing, the Court finds that the National Labor Relations Board's Motion to Extend Time (Doc. #93) should be granted.

///

IT IS THEREFORE ORDERED that The National Labor Relations Board's Motion to Extend Time to Reply to Lori Irish's Response to Motion for Order Directing US Marshals Service to Dispose of Contents of Safe Deposit Boxes and to Remit the Proceeds to the Board, and/or to Respond to Lori Irish's Motion to Declare Colby Trust as Owner (Doc. #93) is hereby GRANTED.  The National Labor Relations Board shall have ninety (90) days from the date of this Order to: (1) conduct limited discovery, including requesting relevant documents from, and deposing, Lori Irish regarding the alleged transfers of the items in the safety deposit boxes to the Colby Trust and Advanced Architectural Metals, Inc.'s maintenance of the safety deposit boxes; and (2) file a Reply in support of its Motion for Order Directing US Marshals Service to Dispose of Contents of Safe Deposit Boxes (Doc. #79) and a Response to Lori Irish's Motion to Declare Colby Trust as Owner of Items in Safety Deposit Box (Doc. #92).

IT IS FURTHER ORDERED that the National Labor Relations Board and Lori Irish shall contact the US Marshal's Office to obtain an inventory report of the items in the safety deposit boxes and shall file the inventory report within ninety (90) days from the date of this Order.

DATED: December 3, 2012

_____
PHILIP M. PRO
United States District Judge