**DANIEL G. BOGDEN**
United States Attorney
District of Nevada

**PATRICK A. ROSE**
Assistant United States Attorney
Nevada Bar No. 5109
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6297
Facsimile: (702) 388-6787
Email: Patrick.Rose@usdoj.gov

**Attorneys for Petitioner**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NATIONAL LABOR RELATIONS BOARD, | ) ) |
| _____ | ) ) 2:08-CV-00346-PMP |
| IN RE: | ) ) |
| ADVANCED ARCHITECTURAL METALS, INC. et al., | ) MOTION TO PERMIT ) APPEARANCE OF ) GOVERNMENT ATTORNEY |
| _____ | ) ) |
| IN RE: | ) ) |
| STEEL SPECIALTIES UNLIMITED, INC. | ) |

The United States of America, by and through the United States Attorney for the District of Nevada, and pursuant to LR IA 10-3, respectfully requests that the Court permit Mr. Michael D. Berkheimer to practice before this honorable Court, as long as he is and remains employed by the U.S. government, and is a non-resident of Nevada.

Mr. Michael D. Berkheimer is an attorney with the National Labor Relations Board, an agency of the federal government, and is employed by that agency in

Washington, D.C.  Mr. Michael D. Berkheimer resides in Frederick, M.D. and is a member in good standing with the highest court in the State of Pennsylvania (State Bar No. 307421).

Accordingly, the United States respectfully requests that an order be issued allowing Mr. Michael D. Berkheimer to practice before this honorable Court.

DATED this 29th day of March, 2013.

>Respectfully submitted,
>DANIEL G. BOGDEN
>United States Attorney
>
>/s/ Patrick Rose
>_____
>PATRICK ROSE
>Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** April 3, 2013