**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

IN RE:

**NATIONAL LABOR RELATIONS**
**BOARD,**

IN RE:

**ADVANCED ARCHITECTURAL**
**METALS, INC.,** *et al.,*

IN RE:

**STEEL SPECIALTIES UNLIMITED, INC.)**

**2:08-CV-00346-PMP**
**(9th Cir. Case Nos. 08-70352,**
**08-70401 and 08-70425)**

**ORDER**

Upon review of the National Labor Relations Board's (the "Board") Renewed

Application for an Order Adjudicating Lori Irish in Civil Contempt and for Other Civil

Relief ("Renewed Application"), it is hereby

**ORDERED** that the Board's Renewed Application is **GRANTED;** and it is

**FURTHER ORDERED** that Lori Irish, having failed to comply with this Court's

March 11, 2013 Order [Doc. 105] and Fed.R.Civ.P. 45 without justification and/or good

cause, is hereby adjudicated in **CIVIL CONTEMPT**; and it is

**FURTHER ORDERED** that Lori Irish's Motion to Declare Colby Trust as Owner

of Items in Safety Deposit Box [Doc. 92] is **DENIED** with prejudice; and it is

**FURTHER ORDERED** that the Board's Motion for Order Directing U.S. Marshals

Service ("USMS") to Dispose of Contents of Safe Deposit Boxes and to Remit Proceeds

to the Board [Doc. 79] is **GRANTED** in its entirety; and it is

**FURTHER ORDERED** that the USMS shall, within fourteen (14) days of the date of this Order, commence proceedings to dispose of the contents of the safe deposit boxes seized pursuant to this Court's August 25, 2009 Order and in accordance with law; and it is

**FURTHER ORDERED** that any monetary proceeds of the aforementioned disposition, after the payment of customary and reasonable costs and expenses incurred by the USMS in connection with such disposition, be promptly remitted to the Board, for further disposition by the Board, consistent with standard Board practice and procedures.

Dated ___ May 6, 2013.

**HONORABLE PHILLIP M. PRO**
**UNITED STATES DISTRICT COURT**