UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

In re:

NATIONAL LABOR RELATIONS BOARD,

In re:

ADVANCED ARCHITECTURAL METALS, INC., et al.,

In re:

STEEL SPECIALTIES UNLIMITED, INC.

2:08-CV-00346-PMP

ORDER

IT IS ORDERED that the Motion to Delay U.S. Marshals Selling Contents of Safety Deposit Box (Doc. #119) is hereby DENIED.

IT IS FURTHER ORDERED that the Motion for Reconsideration and Motion to Report Fraud by the National Labor Relations Board and to Hold the National Labor Relations Board in Contempt (Doc. #120) is hereby DENIED.

DATED: June 11, 2013

_____
PHILIP M. PRO
United States District Judge