UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

In re:                                          )
                                                )
NATIONAL LABOR RELATIONS                        )
BOARD,                                          )
                                                )          2:08-CV-00346-PMP
In re:                                          )
                                                )              ORDER
ADVANCED ARCHITECTURAL                          )
METALS, INC., et al.,                           )
                                                )
In re:                                          )
                                                )
STEEL SPECIALTIES UNLIMITED,                    )
INC.                                            )
                                                )

   IT IS ORDERED that the Motion to Delay U.S. Marshals Selling Contents of

Safety Deposit Box (Doc. #119) is hereby DENIED.

   IT IS FURTHER ORDERED that the Motion for Reconsideration and Motion to

Report Fraud by the National Labor Relations Board and to Hold the National Labor

Relations Board in Contempt (Doc. #120) is hereby DENIED.


DATED:  June 11, 2013


_____
PHILIP M. PRO
United States District Judge